

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,887-01

### EX PARTE QUINSHUN VUNDRA HAMILTON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1508310-A IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to imprisonment for six years. He did not appeal his conviction.

On July 10, 2017, the trial court signed a timely order designating issues, but this application was forwarded to this Court before the trial court made findings of fact and conclusions of law. We remand this application so the trial court can complete its evidentiary investigation and make findings of fact and conclusions of law. On remand, the trial court shall also order the district clerk to ensure that the complete record was forwarded to this Court. According to the record before this

Court, the second page of Applicant's first ground and the two pages for his second ground were not forwarded to this Court.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: June 5, 2019
Do not publish